```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KENSINGTON MARITIME LTD.,          :
                                   :
              Plaintiff,            :
                                   :         07 CV _____
       - against -                  :         ECF CASE
                                   :
NEGOSHIP LINE LTD.,                 :
                                   :
              Defendant.            :
------------------------------------------------------X
```



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: December 11, 2007
       New York, NY

                                    The Plaintiff,
                                    KENSINGTON MARITIME LTD.,

                                    By: _____
                                    Thomas L. Tisdale (TT 5263)
                                    Lauren C. Davies (LD 1980)
                                    TISDALE LAW OFFICES, LLC
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    (212) 354-0025 – phone
                                    (212) 869-0067 – fax
                                    ldavies@tisdale-law.com
                                    ttisdale@tisdale-law.com