```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KENSINGTON MARITIME LTD.,            :
                                     :
            Plaintiff,               :
                                     :   07 CV 11150 (SHS)
     - against -                     :   ECF CASE
                                     :
NEGOSHIP LINE LTD.,                  :   **STIPULATED ORDER**
                                     :
            Defendant.               :
----------------------------------------X

It is hereby stipulated and agreed by and between the parties, by their undersigned attorneys, that the maritime attachment of the Defendant's funds in this action pursuant to Supplemental Admiralty Rule B is hereby vacated and that the garnishee bank(s) in possession of the Defendant's funds are hereby directed to release and remit such funds pursuant to written instructions to be provided by counsel for the Defendant. The released funds shall not be subject to any other or further attachment or restraint. Following the release of all funds currently under attachment, this action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated: April 3, 2008

The Plaintiff,                          The Defendant,
KENSINGTON MARITIME LTD.                NEGOSHIP LINE, LTD.

By: /s/ Lauren C. Davies                By: /s/ Patrick F. Lennon
Lauren C. Davies (LD1980)               Patrick F. Lennon (PL2162)
Tisdale Law Offices, LLC                Lennon, Murphy & Lennon, LLC
11 West 42nd Street, Suite 900          420 Lexington Avenue, Suite 300
New York, NY 10036                      New York, NY 10170
Tel: (212) 354-0025                     Tel: (212) 490-6050
Fax: (212) 869-0067                     Fax: (212) 490-6070
ldavies@tisdale-law.com                 pfl@lenmur.com

SO ORDERED 4/4/08

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.