```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KENSINGTON MARITIME LTD.,            :
                                     :
            Plaintiff,               :
                                     :      07 CV 11150 (SHS)
    - against -                      :      ECF CASE
                                     :
NEGOSHIP LINE LTD.,                  :
                                     :
            Defendant.               :
------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

That this action is hereby dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 29, 2008
       New York, NY

The Plaintiff,
KENSINGTON MARITIME LTD.

By: _____
Lauren C. Davies (LD1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel: (212) 354-0025
Fax: (212) 869-0067
ldavies@tisdale-law.com

The Defendant,
NEGOSHIP LINE, LTD.

By: _____
Patrick F. Lennon (PL2162)
LENNON, MURPHY & LENNON, LLC
420 Lexington Avenue, Suite 300
New York, NY 10170
Tel: (212) 490-6050
Fax: (212) 490-6070
plennon@lenmur.com

SO ORDERED: 5/29/08

_____
Honorable Sidney H. Stein, U.S.D.J.